U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 0 8 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. |
| ) | INFORMATION  1:13-CR-192 |
| v. ) | |
| ) | Violation: 29 U.S.C. § 439(c)   (CFH) |
| WILLIAM MOCHRIE, ) | |
| ) | Albany County |
| Defendant. ) | |
| ) | |

THE UNITED STATES ATTORNEY CHARGES:

Count One
[False Entries in Labor Union Records]

Between in or about May 2008 and June 2010, in Albany County in the Northern District of New York, the defendant, WILLIAM MOCHRIE, willfully made materially false entries in and withheld material statements from records required by Section 436 of Title 29, United States Code, to be kept for and filed with the Secretary of Labor, in that the defendant made false entries in the union general ledger and annual financial (LM) reports of Steelworkers Local Union 28, a labor organization engaged in an industry affecting commerce and subject to the

Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*, required to file an annual financial (LM series) report with the Secretary of Labor.

All in violation of Title 29, United States Code, Section 436(c).

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

STEVEN D. CLYMER
Assistant United States Attorney
Bar Roll No. 509281

Dated: April ??, 2013
Syracuse, NY